

FILED
CLERK, U.S. DISTRICT COURT
SEP - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Yong Quiang Wu,<br>DEFENDANT(S). | CASE NUMBER<br><br>12-02103M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __deft.__, IT IS ORDERED that a detention hearing is set for __Mon. 9/10/12 (Deth Hrg + P/P)__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __9/6/12__          _____
                                    U.S. District Judge/Magistrate Judge